MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AUTUMN R. PORTER (CABN 240750)
Special Assistant United States Attorney

Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA  93944
Telephone: (831) 242-6394
autumn.veatch@us.army.mil

Attorneys for Plaintiff

FILED
OCT - 3 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN JESS MCDADE, <br><br> Defendant. | Criminal No.: CR 11-00450 HRL <br><br> STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING COUNT ONE AND COUNT TWO OF THE INFORMATION. |

On July 5, 2011, an Information was filed in the above captioned matter, charging one count of 18 U.S.C. §13, assimilating CVC §14601.1(a) – Driving When Privilege Suspended or Revoked for Other Reasons; and one count of 18 U.S.C. §13, assimilating CVC §22350 – Unsafe Speed.

On October 3, 2011, the parties in this case appeared before this Court. The parties jointly signed a plea agreement in which the defendant agreed to plead guilty to one charge of Title 18 U.S.C. §13, assimilating California Vehicle Code §12500(a) – Unlicensed Driver.

STIPULATION AND [~~PROPOSED~~] ORDER TO          1
DISMISS COUNT ONE OF THE INFORMATION
CASE NO: CR-11-00450 HRL

1  The government further agrees to dismiss the original Count One and Count Two of the
2  Information filed on July 5, 2011, in exchange for the defendant's guilty plea on October 3, 2011
3  to Title 18 U.S.C. §13, assimilating California Vehicle Code §12500(a).

4
5  SO STIPULATED:                           MELINDA HAAG
                                            United States Attorney
6
7  DATED: 10/3/11
                                            _____
8                                           AUTUMN R. PORTER
                                            Special Assistant United States Attorney
9
10 DATED: 10/3/11
                                            _____
11
12                                          Counsel for the Defendant.
13
14                                          ORDER
15 Accordingly, for good cause shown, the Court HEREBY ORDERS that Count One and
16 Count Two of the Information filed in the matter of USA v. Kevin Jess McDade, be dismissed.
17 IT IS SO ORDERED.
18
19 DATED: 10/3/2011                         _____
                                            PAUL S. GREWAL   Nathanael Cousins
20                                          United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO          2
DISMISS COUNT ONE OF THE INFORMATION
CASE NO: CR-11-00450 HRL